UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| **KURT DAVID,** | **Civil Action No.:** |
| Plaintiff, | |
| v. | **Judge**<br>**Magistrate Judge** |
| **EQUIFAX INFORMATION SERVICES LLC,** | |
| Defendant. | |

| | |
|---|---|
| CREDIT REPAIR LAWYERS OF AMERICA<br>Gary D. Nitzkin<br>Travis Shackelford<br>22142 West Nine Mile Road<br>Southfield, MI  48033<br>(248) 353-2882<br>Email:  gary@micreditlawyer.com<br>*Attorneys for Plaintiffs* | CLARK HILL PLC<br>Jordan S. Bolton<br>500 Woodward Avenue, Ste. 3500<br>Detroit, MI  48226-3435<br>(313) 965-8300<br>Email:  JBolton@clarkhill.com<br>*Attorneys for Equifax Information Services LLC*. |

## NOTICE OF REMOVAL

Defendant, Equifax Information Services LLC ("Equifax"), by Counsel, and hereby file this Notice of Removal of this action from the 52-1st District Court, Michigan wherein it is now pending as Case No. 17-C01826-GC, to the United States District Court for the Eastern District of Michigan.  This Notice of Removal is filed pursuant to 28 U.S.C. §§ 1441 and 1446.  In support hereof, Defendants show this Court as follows:

1. An action was filed on March 24, 2017 in the 52-1st District Court, Michigan, entitled *David v. Equifax Information Services LLC,* Case No. 17-C01826-GC (the "State Court Action").

2. Equifax was served with the Complaint on April 14, 2017.

3. This Notice is being filed with this Court within thirty (30) days after Equifax was served with a copy of Plaintiff's initial pleading setting forth the grounds for his action and his claims for relief.

4. This Court has original jurisdiction over this case pursuant to 28 U.S.C. § 1331, in that this is a civil action arising under the Constitution, laws or treaties of the United States; specifically 15 U.S.C. § 1681 *et seq.*, otherwise known as the Fair Credit Reporting Act ("FCRA"), as follows:

(a) Plaintiff's Complaint, on its face, alleges a violation of the FCRA. (See Plaintiff's Complaint).

(b) The FCRA, pursuant to 15 U.S.C. § 1681(p), provides that any action alleging a violation of its provisions "may be brought in any appropriate United States district court without regard to the amount in controversy . . ."

5. Promptly after the filing of this Notice of Removal, Equifax shall give written notice of the removal to Plaintiff and to the Clerk of the 48th District Court, Michigan, as required by 28 U.S.C. § 1446(d).

6. Attached hereto, as Exhibit A, are copies of the Summons and Complaint served upon Equifax in the State Court Action.

WHEREFORE, Equifax requests that the above-described action be removed to this Court.

Respectfully submitted this 5th day of May, 2017.

>*/s/  Jordan S. Bolton*
>Jordan S. Bolton
>CLARK HILL, PLC
>500 Woodward Avenue, Suite 3500
>Detroit, MI 48226
>Tel. (313) 965-8300
>Fax (313) 965-8252
>*Attorneys for Equifax Information Services LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 5th day of May, 2017, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and have sent a copy via U.S. Mail to the following:

Gary D. Nitzkin
Travis Shackelford
CREDIT REPAIR LAWYERS OF AMERICA
22142 W. Nine Mile Rd.
Southfield, MI 48033
*Counsel for Plaintiff*

                */s/ Jordan S. Bolton*
                Jordan S. Bolton