UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KURT DAVID,
    Plaintiff,

                                           Case No. 2:17-cv-11452-AC-RSW
-vs.-                                     Hon. Avern Cohn

EQUIFAX INFORMATION
SERVICES, LLC,
a Georgia corporation,
    Defendant.
_____

## NOTICE OF SETTLEMENT WITH DEFENDANT
## EQUIFAX INFORMATION SERVICES, LLC

    Plaintiff and Defendant, Equifax Information Services, LLC, have agreed to settle this lawsuit and intend to file a Stipulation of Dismissal as to Equifax Information Services, LLC, with prejudice, no later than August 28, 2017.

                                      Respectfully submitted,

                                      /s/ Travis L. Shackelford
                                      Travis Shackelford (P68710)
                                      Credit Repair Lawyers of America
                                      Attorney for Plaintiff
                                      22142 West Nine Mile Road
                                      Southfield, MI 48033
                                      (248) 353-2882
                                      travis@crlam.com

June 28, 2017

## **PROOF OF SERVICE**

I, Amber Gingiloski, hereby state that on June 28, 2017, I served a copy of the within pleading upon all counsel of record via the ECF System.

<u>/s/ Amber Gingiloski</u>