UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KURT DAVID,

    Plaintiff,

v.

EQUIFAX INFORMATION
SERVICES, LLC,
a Georgia company

    Defendant.

Case No. 2:17-cv-11452
Hon. Avern Cohn

_____

## STIPULATION TO DISMISS CASE
## WITH PREJUDICE AND WITHOUT FEES OR COSTS

The parties, as evidenced by the signatures of their respective counsel below, stipulate to the dismissal of Plaintiff's claims against Defendant Equifax Information Services, LLC, with prejudice and without attorney's fees or costs to either party.

| | |
|---|---|
| Travis L. Shackelford | Jordan S. Bolton |
| Travis L. Shackelford (P68710) | Jordan S. Bolton (P66309) |
| Attorney for Plaintiff | Attorney for Equifax |
| 22142 West Nine Mile Road | 500 Woodward Ave. |
| Southfield, Michigan  48034 | Detroit, MI 48226 |
| (248) 353-2882 | (313) 965-8300 |
| travis@crlam.com | jbolton@clarkhill.com |

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KURT DAVID,

    Plaintiff,

v.

EQUIFAX INFORMATION
SERVICES, LLC,
a Georgia company

    Defendant.

Case No. 2:17-cv-11452
Hon. Avern Cohn

_____

**ORDER OF DISMISSAL
WITH PREJUDICE AND WITHOUT FEES OR COSTS**

The Court, having reviewed the parties' stipulation, and finding good cause shown;

**IT IS HEREBY ORDERED** that the within action against Defendant Equifax Information Services, LLC, is hereby dismissed with prejudice and without fees or costs to either party. The Clerk of the Court shall terminate Defendant Equifax Information Services, LLC, as a party in this action and remove its attorneys of record from receiving ECF Notifications.

Date: August 28, 2017

s/Avern Cohn
U.S. District Judge